NUMBER
13-09-00454-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

RON ST. JOHN, SENOVIO
RAMIREZ AND 

BRAVO STEEL PRODUCTS,
INC.,                                          Appellants,

 

                                                             v.

 

ABRAHAM BAKSHT,                                                                     Appellee.


____________________________________________________________

 

                           On
appeal from the 370th District Court 

                                       of
Hidalgo County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

                     Before Justices
Yañez, Garza, and Benavides

Memorandum Opinion
Per Curiam

 








Appellants,
Ron St. John, Senovio Ramirez, and Bravo Steel Products, Inc., perfected an
appeal from a judgment entered by the 370th District Court of Hidalgo County,
Texas, in cause number C-4725-99-G.  Appellants have filed a motion for
voluntary dismissal of their appeal on grounds that appellants no longer desire
to pursue their appeal.  Appellants request that this Court dismiss the appeal.

The
Court, having considered the documents on file and appellants= motion for voluntary dismissal of their appeal, is of
the opinion that the motion should be granted.  See Tex. R. App. P. 42.1(a).  Appellants= motion to dismiss is granted, and the appeal is hereby
DISMISSED.  Costs will be taxed against appellants.  See Tex. R. App. P. 42.1(d) ("Absent
agreement of the parties, the court will tax costs against the
appellant.").  Having dismissed the appeal at appellants= request, no motion for rehearing will be entertained,
and our mandate will issue forthwith.  Any pending motions are dismissed as moot. 

PER CURIAM

Delivered and filed the 

7th day of October, 2010.